JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ASI SELECT INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. B0509BOWCN1600983; APOLLO CONSORTIUM; and DOES 1 Through 5, Inclusive, <br><br> Defendants. | Case No. 2:19-cv-10217-AB-JEM <br><br> [**PROPOSED**] ORDER RE DISMISSAL WITH PREJUDICE <br><br> Hon. Andre Birotte Jr. <br><br><br> Complaint Served: November 1, 2019 <br> Removal Date: December 2, 2019 |

WHEREAS, on March 1, 2021, Defendants Certain Underwriters at Lloyd's, London and Apollo Consortium Subscribing to Policy No. B0509BOWCN1600983 and Plaintiff ASI Select Insurance Corp., by and through their respective counsel, entered into and filed a Stipulation re Dismissal with Prejudice of the entire above-captioned action pursuant to FRCP 41(a)(1) ("Stipulation," Dkt. No. 25).

The Court **ORDERS** that The Stipulation is approved and the above-captioned action is hereby **DISMISSED** in its entirety with prejudice. **IT IS SO ORDERED.**

DATED:  March 4, 2021

_____
André Birotte Jr.
United States District Court Judge